**EXHIBIT A**

| PUBLISHER | ISBN | TITLE | AUTHOR | COPYRIGHT REGISTRATION |
|---|---|---|---|---|
| PEARSON | 9780132668552 | Essentials of Management Information Systems, 10th | Laudon | TX 7-557-347 |
| CENGAGE | 9781111580247 | Understanding Management, 8th | Daft | TX 7-490-722 |
| MCGRAW | 9780073524962 | Employment Law for Business, 7th | Bennett-Alexander; Hartman | TX 7-527-079 |